IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00026-RPM

DAVID PETTUS,

Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, COLORADO,

Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

THIS MATTER having come before the Court on the Plaintiff David Pettus and

Defendant Jefferson County Board of Commissioners' Stipulated Motion to Dismiss, and

the Court being fully advised in this matter,

HEREBY ORDERS that the motion is granted.  All claims against the Defendant

Board of County Commissioners are hereby dismissed with prejudice.

THE COURT FURTHER ORDERS that the Parties shall each bear their own costs

and attorney fees.

DATED: June 2nd, 2011.

BY THE COURT:
s/ Richard P. Matsch

Richard P. Matsch
UNITED STATES DISTRICT COURT JUDGE